PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADT LLC, a Delaware entity, d/b/a ADT.COM,<br>Defendants. | Case No. 2:26-cv-03201-GW-JDE<br>Assigned to Honorable George H. Wu<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 13, 2026<br>Amended Complaint Filed: March 25, 2026 |

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the Second Cause of Action, for violations of the California Trap and Trace Law, Penal Code § 638.51, and the Third Cause of Action, for violations of the California intrusion upon seclusion, contained in the above-captioned matter, and are in the process of executing the actions required by the agreement. It is anticipated that request for dismissal as to those causes of action in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within forty-five (45) days of the date of this Notice.

Dated: May 5, 2026

PACIFIC TRIAL ATTORNEYS

By: *<u>/s/ Scott J. Ferrell</u>*
Scott J. Ferrell
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*

Scott J. Ferrell, Esq.