UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 26-3201-GW-JDEx | Date | May 6, 2026 |
|---|---|---|---|
| Title | *Kyle Johnson v. ADT LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 5, 2026, Plaintiff Kyle Johnson filed a Notice of Settlement [11]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for June 18, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss (with a proposed order) is filed by noon on June 17, 2026.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |