JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KYLE JOHNSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ADT LLC,

Defendant.

Case No. CV 26-3201-GW-JDEx
Assigned to Honorable George H. Wu

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' joint motion for dismissal from Plaintiff Kyle Johnson and Defendant ADT LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses Plaintiff's individual California Trap and Trace Law, Penal Code § 638.51 (Second Cause of Action), and California intrusion upon seclusion (Third Cause of Action) claims with prejudice, and without prejudice as to the putative class the Complaint in the above-entitled action Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 9, 2026                        By: _____
                                           HON. GEORGE H. WU,
                                           United States District Judge

ORDER GRANTING DISMISSAL OF ENTIRE ACTION                    Case No2:26-cv-03201-GW-JDE