# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ADT LLC,<br><br>      Defendant. | Case No. CV 26-3201-GW-JDEx<br>Assigned to Honorable George H. Wu<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

ORDER GRANTING DISMISSAL OF ENTIRE ACTION      Case No. 2:26-cv-03201-GW-JDE

The Court, having considered the parties' joint motion for dismissal from Plaintiff Kyle Johnson and Defendant ADT LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses Plaintiff's remaining individual California Anti-Spam Law, Business & Professions Code § 17529.5 (First Cause of Action), claim with prejudice, and without prejudice as to the putative class the Complaint in the above-entitled action Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 1, 2026                    By: _____
                                           HON. GEORGE H. WU,
                                           United States District Judge

ORDER GRANTING DISMISSAL OF ENTIRE ACTION                    Case No. 2:26-cv-03201-GW-JDE